UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 17-20392-CR-MARTINEZ

UNITED STATES OF AMERICA

    Plaintiff,

vs.

WILLIE EVENS,

    Defendant.
_____/

## **ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION ON DEFENDANT'S MOTION TO SUPPRESS EVIDENCE BASED ON FOURTH AMENDMENT VIOLATION**

**THIS CAUSE** came before the Court upon Defendant's Motion to Suppress Evidence Based on Fourth Amendment Violation [ECF No. 16], filed on July 24, 2017.

**THE MATTER** was referred to United States Magistrate Judge Barry L. Garber, and accordingly, the Magistrate Judge conducted an evidentiary hearing on August 14, 2017. A Report and Recommendation [ECF No. 26] was filed on August 21, 2017, recommending that Defendant's Motion to Suppress Evidence Based on Fourth Amendment Violation [ECF No. 16] be **Denied**.

The parties were afforded the opportunity to serve and file written objections if any, by August 24, 2017 and any response to objections to be served and filed on or before August 28, 2017. The Court has reviewed the entire file and record and notes that no objections have been filed. After a *de novo* review of the Record and Magistrate Garber's well-reasoned Report and Recommendation, the Court affirms and adopts the Report and Recommendation. Accordingly, it is hereby:

**ORDERED AND ADJUDGED** that United States Magistrate Judge Barry L. Garber's Report and Recommendation [ECF No. 26] is hereby **ADOPTED AND AFFIRMED** in its entirety.

Defendant's Motion to Suppress Evidence Based on Fourth Amendment Violation [ECF No. 16] is **DENIED.**

**DONE AND ORDERED** in Chambers at Miami, Florida, this 28 day of August, 2017.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Garber
Magistrate Judge Otazo-Reyes
All Counsel Of Record